IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS R. KOCHIS

    Plaintiff,

v.

CITY OF WESTLAND,

    Defendant.

Case No:   18-11455
Hon. NANCY G. EDMUNDS

## **STIPULATED ORDER OF DISMISSAL**

This matter having been amicably resolved by the parties herein, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above entitled cause of action be, and that same hereby is, dismissed, with prejudice and without costs or attorney fees to any party hereto.

## **ORDER**

**IT IS SO ORDERED.**

s/ Nancy G. Edmunds
HON. NANCY G. EDMUNDS
UNITED STATES DISTRICT COURT JUDGE

DATED:   January 7, 2020

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES

01052757-1

THE CASE

Stipulated to by:

| | |
|---|---|
| __s/Aaron D. Cox_____ | ___s/Gregory A. Roberts_____ |
| Aaron D. Cox (P69346) | Gregory A. Roberts (P33984) |
| 23380 Goddard Rd. | Jeffrey R. Clark (P33074) |
| Taylor, MI 48180 | Jennifer A. Richards (P79962) |
| 734-287-3664 | Attorneys for Defendants |
| aaron@aaroncoxlaw.com | 17436 College Parkway |
| | Livonia, MI 48152 |
| | 734-261-2400 |
| | groberts@cmda-law.com |

___s/Mark K Wasvary_____
Mark K. Wasvary, PC
Mark K. Wasvary (P51575)
Co-Counsel for Plaintiffs
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
248-649-5667
markwasvary@hotmail.com

01052757-1